# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Frederick W. Smith Jr.
Pro Se' PlAiNTiFF
" Respectfully your Honor, I was not
no Prisoner, during my slip and fall."

*(In the space above enter the full name(s) of the plaintiff(s).)*


FILED
MAR 14 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

-against-

SPriNGHill Suites, et. AL
deFeNdANTS

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. 22 - 323
(To be assigned by Clerk's Office)

**COMPLAINT**
*(Pro Se* Prisoner)

Jury Demand?
☐ Yes
☒ No

" A beNcH TriAl
your HoNor
PLeAse."

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Smith, Jr., Frederick W. , "Ricky"
Name (Last, First, MI)                     Aliases

SBI # 00192254
Prisoner ID #

Sussex Correctional Institution
Place of Detention

P. O. Box 500
Institutional Address

Sussex, Georgetown, Delaware 19947
County, City              State        Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner "Illegally"
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   **SpringHill Suites, et. AL**
Name (Last, First)

**Hotel Company And or Corporation**
Current Job Title

**402 Ogletown Road**
Current Work Address

**N.C., Newark,   Delaware   19711**
County, City                State            Zip Code

Defendant 2:   N/A
Name (Last, First)

N/A
Current Job Title

N/A
Current Work Address

N/A          N/A          N/A
County, City     State      Zip Code

Page **3** of **10**

**Defendant(s) Continued**

Defendant 3: _____N/A_____
Name (Last, First)

_____N/A_____
Current Job Title

_____N/A_____
Current Work Address

____N/A____  ____N/A____  ____N/A____
County, City     State        Zip Code

Defendant 4: _____N/A_____
Name (Last, First)

_____N/A_____
Current Job Title

_____N/A_____
Current Work Address

____N/A____  ____N/A____  ____N/A____
County, City     State        Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: SPriNGHiLL SuiteS 402 OGIeTOWN RoAd NewArK, DelAWAre 19711

Date(s) of occurrence: FebruAry 14, 2021

State which of your federal constitutional or federal statutory rights have been violated:

Civil RiGHTS, PersoNAl iNJURY RiGHTS, HUMAN RiGHTS, deliberAte indiFFerence RiGHTS, due Process, U.S.C.A. 14 ANd EQUAL ProtectiON OF The LAW RiGHTS.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

① The Plaintiff is a Life-Long resident of The State of Delaware. ② The defendant is a Corporation of The State of Delaware and Can Be Served By Serving it's Occurrence Hotel Suite's Location. ③ On or about February 14, 2021, The Plaintiff visited The Springhill Suites Hotel, inquiring information on The #6 Route Delaware Dart Bus Schedule, on The next available Bus going To Wilmington, Delaware, from and or By The Receptionist "Ms. Susan L.? The weather That day was Bad, with Snow, not Knowing That There was "Black Ice", underneath The Snow, in which The Plaintiff Slipped and fell. "I have enclosed a copy of The Route #6 Delaware Dart Bus schedule That I got from "Ms. Susan L."

**Who did what?**

For a Prestigious and or Prominent Suites Hotel, not To have no Type of Sand nor Brine Salts, on Their ground, Protecting visitors and or guests, Causing my fall, down Their Hill, on Their Property, on The side of Their dart Bus Stop, in front of Their Hotel.

(4) As a result of The defendant's negligence, The Plaintiff Suffered Severe and Life Threatening Symptoms, "at That Time."

(5) The defendants violated The Plaintiff's Great State of Delaware's Constitution Pursuant To Article 1 Section 11, For violating Their Policy and Their Procedure, and or Their Custom. Clearly Claiming Non-Economic Damages, worthy of monetary Relief, For all of The Plaintiff's Pain and Suffering and Patience. And The defendants violated The Plaintiff's U.S.C.A. 14 Rights To due Process and The Equal Protection of The Law, By "Not" Keeping Their Public Access and Public Availability Property Safe To move, walk and or function Properly, By not Shoveling, and By not Clearing, By not Removing The Snow and The Black Ice underneath The Snow, with a State of Delaware Business Dart Bus Company Bus Stop, on The defendant's Property, violating again, Their Corporation's Policy, Procedure and Their Custom of Insurance of Liability and etc...

> Was anyone else involved?

⑥ The defendants acted in a grossly negligent and willful and wanton manner and in disregard of The Plaintiff's well Being.

⑦ As a direct and Proximate Results of said negligence, The Plaintiff Suffered Painful and at That Time Permanent and disabling injuries To my Head, and Buttocks and or my mind, including, But not limited To, additional injuries of "Mental Anguish" and Physical Anguish Called Postconcussive Syndrome and Severe Acute headaches, affecting my "intimate Life," and a Re-Occurring of Lower Back injury. Currently Your Honor, I feel Better and I feel Healed at Times, The Pain Comes and goes. Your Honor, My Honor, Remedies for deliberate indifference - may Be entitled To damages, For what happened To me, in The Past, Respectfully But, I may still Be entitled To an injunction, To avoid harm, in The Future" (If I have Received adequate Care, or have gotten well without it)," By The Time The Court decides The Case," (But I can still receive damages, for Pain and Suffering, I experienced, while waiting To Receive Proper Treatment)."
BoreTTi vs. Wiscomb, 930 F.2d 1150, 1154 - 1155 (6Th Cir. 1991).
Respectfully Plus, After laying down for a few minutes, I got up and my Dart Bus was Coming and I got on The Bus.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☐ Yes   ☑ No
If no, explain why not:

Respectfully your Honor, My Honor, This Complaint is not about Prison Conditions, My Complaint and or Non-Prison Case, is about my slip and fall at The Springhill Suites Hotel Property.

Is the grievance process completed?   N/A   ☐ Yes   ☑ No
If no, explain why not:

N/A

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Respectfully Therefore your Honor, My Honor, I Respectfully Request Compensation, in The amount of $21 million dollars for my Pain and Suffering, Plus Punitive damages, Plus interests and for Costs of This Complaint, etc... and what your Honor deem Appropriate. Respectfully also your Honor and an additional $11 million dollars for The Love of my Life and my only intimate Partner Mrs. D.W. Corbin.

Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes  ☐ No

If yes, how many? _Several with merit your Honor._

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Smith vs. PHS
Smith vs. Connections CSP inc. et. AL
Smith vs. Johnson et. AL.
Smith vs. Rogers et. AL.
       and etc... ?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

March 9, 2022
Dated

Frederick W. Smith Jr.
Plaintiff's Signature

Smith, Jr., Frederick W.
Printed Name (Last, First, MI)

SBI # 00192254
Prison Identification #

P.O. Box 500, Georgetown, Delaware 19947
Prison Address       City           State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M: F.W. Smith Jr. BLDG: STAN TAYLOR Bldg.
SUSSEX CORRECTIONAL INSTITUTION / SBI #00192254
P.O. BOX 500
GEORGETOWN, DELAWARE 19947




FILED
MAR 14 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: The Office of The Clerk
"Honor. United States District Court"
844 North King Street, Unit: 18
Wilmington, Delaware
19801 - 3570

"Legal Mail"


U.S.M.S. X-RAY

"Legal Mail"

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THIS LETTER.